**Order entered October 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00566-CV

**KELVIN SMITH AND ANGELIA SMITH, Appellants**

**V.**

**CONN APPLIANCES, INC. D/B/A CONN'S, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14173**

## ORDER

We **GRANT** appellants' motion for an extension of time to file a brief. Appellants shall

file a brief by **MONDAY, NOVEMBER 30, 2015**.


/s/  ELIZABETH LANG-MIERS
    JUSTICE